**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-2293

TOM SNYDER, d/b/a SCM, Incorporated,

Plaintiff - Appellant,

versus

ALPHA PRO TECH, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-96-1932-PJM)

Argued: June 5, 1998     Decided: August 4, 1998

Before HAMILTON and MOTZ, Circuit Judges, and WILLIAMS, Senior United States District Judge for the Eastern District of Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

**ARGUED:** John Michael Shoreman, MCFADDEN, SHOREMAN & TSIMPEDES, P.C., Washington, D.C., for Appellant. David B. Anderson, WALSTON, WELLS, ANDERSON & BAINS, L.L.P., Birmingham, Alabama, for Appellee. **ON BRIEF:** Douglas B. McFadden, MCFADDEN, SHOREMAN & TSIMPEDES, P.C., Washington, D.C., for Appellant. J. David Moore, WALSTON, WELLS, ANDERSON & BAINS, L.L.P., Birmingham, Alabama, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

This case represents an appeal by the appellant of the district court's order granting summary judgment in favor of Alpha Pro Tech, Inc. The two basic findings were that no enforceable contract existed between appellant and appellee, and no service was rendered to justify a quantum meruit award. We review a summary judgment motion de novo. After reviewing the record and the district court's bench ruling we find no reversible error. Accordingly, we affirm on the reasoning of the district court. Snyder v. Alpha Pro Tech, Inc., PJM 96-1932 (D. Md. August 12, 1997).

AFFIRMED